UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 18CR5051-JLS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS HEARING |
| RONNER RINCONES-ODREMAN, | ) ) | |
| Defendant. | ) ) | |

It is hereby ORDERED that the status hearing in this case be continued from the current date of March 11, 2022 at 9:00 a.m., to April 15, 2022, at 1:30 p.m.  It is further ORDERED that the time between March 11, 2022, and April 15, 2022, be excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED:  March 9, 2022

Honorable Janis L. Sammartino
United States District Judge